IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN (WATERLOO) DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 23-CR-2005 |
| Plaintiff, | **INDICTMENT** |
| vs. | Count 1 |
| JOSHUA MICHAEL FAUST, | 18 U.S.C. § 922(g)(1): Possession of a Firearm by a Felon |
| Defendant. | |

The Grand Jury charges:

## Count 1

### Possession of a Firearm by a Felon

Beginning on or about April 15, 2020, and continuing to in or about December 2020, in the Northern District of Iowa, defendant JOSHUA MICHAEL FAUST, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, specifically, a Smith and Wesson, model M&P 15, 5.56 caliber rifle, and the firearm was in and affecting commerce.

Defendant was previously convicted of the following crime punishable by imprisonment for a term exceeding one year: Theft Second Degree, in the Iowa District Court for Clayton County, on or about November 12, 2003, in case number FECR007273.

. This was in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL

_____
Grand Jury Foreperson

03-22-2023
Date

TIMOTHY T. DUAX
United States Attorney

By:

EMILY K. NYDLE
Assistant United States Attorney

PRESENTED IN OPEN COURT
BY THE
FOREMAN OF THE GRAND JURY

And filed 3/22/2023
PAUL DE YOUNG, CLERK