# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff(s) vs. JOSHUA MICAHEL FAUST Defendant(s) | HEARING MINUTES  Sealed: No<br>Case No.: 6:23-cr-2005-LTS-MAR-1<br>Presiding Judge: Mark A. Roberts<br>Deputy Clerk: Rachel J. Scott<br>Official Court Record: FTR Gold<br>Contact Information: -- |

| Date: | 03/30/2023 | Start: | 2:59 PM | Adjourn: | 3:37 PM | Courtroom: | 4, 4th Floor | |
|---|---|---|---|---|---|---|---|---|
| Recesses: | | -- | | Time in Chambers: | | -- | Telephonic? | -- |
| Appearances: | Plaintiff(s): | AUSA Emily K. Nydle | | | | | | |
| | Defendant(s): | AFPD Zachary D. Crowdes (Defendant appears personally) | | | | | | |
| | U.S. Probation: | USPO Amy Moser | | | | | | |
| | Interpreter: | -- | | Language: | -- | Certified: | -- | Phone: -- |

**TYPE OF PROCEEDING:** PRELIMINARY EXAMINATION ☐  **DETENTION** X  **REVOCATION** ☐

Contested? Yes    Continued from a previous date? No

| | |
|---|---|
| Moving party: | Government's Oral Motion to Detain (Doc. 9) |
| Nature of proceedings: | Ruling: |
| Preliminary examination | |
| Review of detention or conditions  X | Court finds the Government has carried its burden by a preponderance of the evidence that the Defendant is a risk of non-appearance and by clear and convincing evidence that the Defendant is a danger to the community. Defendant detained. |
| Review of pre-trial release | |
| Review of supervised release | |
| Witness/Exhibit List is | **Government's Exhibits**<br>1. Clayton County Court documents regarding case number FECR007273 admitted (Doc. 15)<br>2. Clayton County Court documents regarding case number FECR007338 admitted (Doc. 15)<br><br>**Government's Witness**<br>1. Delaware County Sheriffs officer Travis Hemesath (3:02 PM – 3:21 PM) |
| The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing. Pub. Admin. Order 09-AO-03-P (5/29/09) ¶7. | |
| Miscellaneous: | Ms. Nydle requests the Court take into consideration the pre-trial services report (Doc. 14). No objection from Mr. Crowdes. Court will take formal consideration of the report. |